# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM LEE EVANS,

Plaintiff,

v.                                                          Case No. 25-CV-1304-JPS

DPTY. J. FRYE and BROWN COUNTY
SHERIFF DEPARTMENT,                                          **ORDER**

Defendants.

Plaintiff William Lee Evans, a former prisoner, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On April 16, 2026, Magistrate Judge William E. Duffin screened the complaint pursuant to 28 U.S.C. § 1915A(a) and issued a report and recommendation to allow certain claims to proceed and to dismiss a defendant. ECF Nos. 18, 19. Specifically, the report made the following five recommendations: (1) Brown County Sheriff Department be dismissed as a defendant; (2) Plaintiff may proceed against Defendant Deputy J. Frye ("Frye") on a Fourth Amendment excessive force claim; (3) service of the complaint, the Report and Recommendation, and this Order on Defendant Frye; (4) Frye must file a responsive pleading within sixty days of service; and (5) the case be returned to Magistrate Judge Duffin for further proceedings. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Duffin's analysis and without objection

from Plaintiff, will adopt it. The Court will therefore order service on Frye and will return this case to Magistrate Judge Duffin for further proceedings.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation, ECF Nos. 18, 19, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Brown County Sheriff Department be **DISMISSED** as a defendant in this action;

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint, ECF No. 1, the Report and Recommendation, ECF Nos. 18, 19, and this Order upon Defendant **Frye** pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the Court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Plaintiff information on how to remit payment. The Court is not involved in collection of the fee;

**IT IS FURTHER ORDERED** that Defendant **Frye** shall file a responsive pleading to the complaint within sixty days of service; and

**IT IS FURTHER ORDERED** that the case be returned to Magistrate Judge William E. Duffin for further proceedings.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge